JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>                          Plaintiff,<br><br>        v.<br><br>THE ROSE CAFE AND MARKET, INCORPORATED d/b/a THE ROSE VENICE, a California corporation; and DOES 1 to 10, inclusive,<br><br>                          Defendants. | Case No.: CV 22-7743-GW-MARx<br><br>*Assigned for all purposes to George Wu*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P.**<br>**RULE 41(A)**<br><br>Complaint Filed:  October 24, 2022<br>Trial Date:            None Set |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE

1    IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Crystal
2 Redick and Defendant The Rose Café and Market, Incorporated d/b/a The Rose
3 Venice's joint request that this Court enter a dismissal of the entire case, including
4 all claims and causes of action, with prejudice, is GRANTED in full. Each party
5 shall bear her or its own fees and costs.
6    IT IS SO ORDERED.

Dated: February 13, 2023   _____
HON. GEORGE WU
U.S. DISTRICT JUDGE